```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 22783
   MALISA DJURDJEVIC
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-4143

--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
   The case was filed on 12/05/2007 and was not confirmed.

   The case was dismissed without confirmation 03/10/2008.
--------------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                          PAID            PAID
--------------------------------------------------------------------------------
ALLIANT CREDIT UNION     SECURED VEHIC         .00           .00             .00
CHASE HOME FINANCE LLC   CURRENT MORTG         .00           .00             .00
HSBC BANK USA            CURRENT MORTG         .00           .00             .00
HSBC BANK USA            MORTGAGE ARRE         .00           .00             .00
INTERNAL REVENUE SERVICE NOTICE ONLY     NOT FILED           .00             .00
ALLIANT CREDIT UNION     UNSECURED         3021.29           .00             .00
CAPITAL ONE              UNSECURED          348.26           .00             .00
HSBC                     UNSECURED        NOT FILED          .00             .00
HSBC                     UNSECURED        NOT FILED          .00             .00
TEMPUR PEDIC 8585        UNSECURED        NOT FILED          .00             .00
LVNV FUNDING LLC         UNSECURED         1060.30           .00             .00
HSBC BANK USA            NOTICE ONLY      NOT FILED          .00             .00
CHASE HOME FINANCE LLC   MORTGAGE ARRE    71312.32           .00             .00
WELLS FARGO FINANCIAL    SECURED NOT I      884.90           .00             .00
PHILIP A IGOE            DEBTOR ATTY          .00                            .00
TOM VAUGHN               TRUSTEE                                             .00
DEBTOR REFUND            REFUND                                              .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                                .00
SECURED                                                 .00
UNSECURED                                               .00
ADMINISTRATIVE                                          .00
TRUSTEE COMPENSATION                                    .00
DEBTOR REFUND                                           .00
                         ---------------        ---------------
TOTALS                        .00                       .00



              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 22783 MALISA DJURDJEVIC
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

                                                          /s/ Tom Vaughn

Dated: 06/25/08                    _____
                                              TOM VAUGHN
                                              CHAPTER 13 TRUSTEE